# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00773-MSK-CBS

ASHFORD WORTHAM, and
CORNELIUS CAMPBELL,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
Sergeant PERRY SPEELMAN, in his individual and official capacities,
Officer JESSE CAMPION, in his individual and official capacities, and
Officer TAB DAVIS, in his individual and official capacities,

      Defendants.

## ORDER

UPON the Renewed Stipulated Motion to Modify Scheduling Order (doc. #38), the Court being fully advised in the premises and for good cause shown, hereby:

GRANTS the Renewed Stipulated Motion to Modify Scheduling Order. . The scheduling order is modified as follows:

    a. Discovery Cut-Off: August 10, 2012;

    b. Dispositive Motions Deadline: August 24, 2012;

    c. Affirmative Expert Deadline: June 12, 2012;

    d. Rebuttal Expert Deadline: July 12, 2012.

    e. Deadline for Defendant Denver to respond to Plaintiffs' written discovery: April 20, 2012.

**Parties are on notice that the court will not entertain any further requests to extend the pretrial deadlines.**

FURTHER ORDERED that the Stipulated Motion to Modify Scheduling Order (doc. #34) is MOOT.

DATED at Denver, Colorado, this 12th day of March, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge